**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: DANIEL PRATT          § Case No. 09 B 12143
                             §
                             §
                             §
                             §
         Debtor(s)

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 12/1/09 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____    _____
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe - Suite 910    Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: DANIEL PRATT § Case No. 09 B 12143
§
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $8,002.12 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $8,002.12 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* ALLAN J. DeMARS | $1,630.21 | $10.86 |
| *Attorney for trustee* ALLAN J. DeMARS | - | $1,892.25 |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,* U.S. Bankruptcy Court | | |
| *Fees,* United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$57,632.18_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __7.8__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $8,250.61 | $639.75 |
| 2 | RBS Citizens Bank | $3,633.82 | $281.77 |
| 3 | Stuart Allan and Assoc. | $5,777.15 | $447.96 |
| 4 | PYOD LLC assignee of Citibank | $26,663.39 | $2,067.48 |
| 5 | American Express Centurion Bank | $1,320.24 | $102.37 |
| 6 | American Express Centurion Bank | $5,574.14 | $432.22 |
| 7 | PRA Receivables Mgmt as agent of Portfolio Recovery successor to HSBC Bank | $318.74 | $24.72 |
| 8 | Premier BankCard/Charter | $485.71 | $37.66 |
| 9 | AES/PHEAA NATNL LOAN | $5,608.38 | $434.87 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/ ALLAN J. DeMARS
_____
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 1                   Date Rcvd: Oct 28, 2009
Case: 09-12143                 Form ID: pdf006             Total Noticed: 35

The following entities were noticed by first class mail on Oct 30, 2009.
 db          +Daniel Pratt,    444 W Saint James Place #215,    Chicago, IL 60614-2755
 aty         +Anne I. Shaw,    Shaw & Associates,    608 West Briar Place,    Chicago, IL 60657-4521
 tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14539692     +AES/PHEAA NATL LOAN,    AES/DDB,    PO BOX 8183,    HARRISBURG PA 17105-8183
13749952    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE   19808)
13749951     +Aes/pheaa Natnl Ln,    1200 N 7th Street,    Harrisburg, PA 17102-1419
14319162      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13749953     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
13749954     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
13749955      Bank Of America,    4060 Ogletown/stan,    Newark, DE   19713
13749956     +Beneficial/hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
13749957     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
13749958     +Cbc/keystone Rewards,    Po Box 2641,    Harrisburg, PA 17105-2641
13749959     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13749961     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13749960     +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
13749963     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13749964     +HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
13749965     +Natl Cty Crd,    4661 East Main St,    Columbus, OH 43251-0001
13749966     +Nissan-infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816
14402578     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Orchard Bank,
               POB 41067,    NORFOLK VA 23541-1067
14197383     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13749949     +Pratt Daniel,    444 W Saint James Place #215,    Chicago, IL 60614-2755
14504813     +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville CA 95696-8208
14165112     +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13749967     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13749969     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
13749950      Shaw Legal Services,    608 W Briar Place,    Chicago, IL  60657-4521
13749970     +Stuart Allan And Assoc,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
13749971     +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
13749972     +Wfnnb/express,    4590 E Broad St,    Columbus, OH 43213-1301
13749973     +Zipcar,    160 N Wabash,    Chicago, IL 60601-3606
The following entities were noticed by electronic transmission on Oct 28, 2009.
14141426      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2009 05:36:07     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13749962     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2009 05:36:07     Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
13749968     +E-mail/Text: ebn@phinsolutions.com                            Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**                    **Signature:** *Joseph Speetjens*