## UNITED STATES BANKRUPTCY COURT
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   DANIEL PRATT

§   Case No. 09-12143
§   Hon. EUGENE R. WEDOFF
§   Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
## APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS _____ , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,100.00 | Assets Exempt: | $7,800.00 |
| Total Distributions to Claimants: | $5,268.80 | Claims Discharged Without Payment: | $108,996.38 |
| Total Expenses of Administration: | $3,533.32 | | |

3) Total gross receipts of _____ $8,802.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of _____ $0.00 (see **Exhibit 2** ), yielded net receipts of _____ $8,802.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3)** | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4)** | $0.00 | $3,533.32 | $3,533.32 | $3,533.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5)** | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6)** | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7)** | $104,257.15 | $57,632.18 | $57,632.18 | $5,268.80 |
| **TOTAL DISBURSEMENTS** | $104,257.15 | $61,165.50 | $61,165.50 | $8,802.12 |

4) This case was originally filed under chapter  7  on 04/06/2009 .
The case was pending for     10   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2010                              By: /s/ Allan J. DeMars
                                                        Trustee

**STATEMENT** :  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference repayment | 1241-000 | $8,800.00 |
| interest on invested funds | 1270-000 | $2.12 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $8,802.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,630.21 | $1,630.21 | $1,630.21 |
| Allan J. DeMars | 2200-000 | N/A | $10.86 | $10.86 | $10.86 |
| Allan J. DeMars | 3110-000 | N/A | $1,892.25 | $1,892.25 | $1,892.25 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,533.32 | $3,533.32 | $3,533.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim 2,3 and 9 | 7100-000 | $13,972.00 | $15,019.35 | $15,019.35 | $1,373.09 |
| Claims 1,4,5,6,7 & 8 | 7100-900 | $33,652.15 | $42,612.83 | $42,612.83 | $3,895.71 |
| 6 scheduled creditors with no claim filed | | $56,633.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $104,257.15 | $57,632.18 | $57,632.18 | $5,268.80 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT **AG**   FORM 7

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.  09-12143

Case Name:   DANIEL PRATT

For Period Ending:    12/31/09

Trustee Name:   Allan J. DeMars

Date Filed (f) or Converted (c): 4/6/09  (F)

§341(a) Meeting Date:  4/6/09

Claims Bar Date:  10/6/09

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 1,500.00 | 0.00 | DA | | FA |
| 2 | checking account | 1,000.00 | 0.00 | DA | | FA |
| 3 | bedroom furniture | 800.00 | 0.00 | DA | | FA |
| 4 | computer equipment | 500.00 | 0.00 | DA | | FA |
| 5 | living room furniture | 500.00 | 0.00 | DA | | FA |
| 6 | television | 800.00 | 0.00 | DA | | FA |
| 7 | clothing | 1,000.00 | 0.00 | DA | | FA |
| 8 | IRA | 2,000.00 | 0.00 | DA | | FA |
| 9 | Roth IRA | 800.00 | 0.00 | DA | | FA |
| 10 | preference recovery (u) | 8,800.00 | 8,800.00 | | 8,800.00 | FA |
| 11 | interest on invested funds | | 2.12 | | 2.12 | |

TOTALS (Excluding unknown values)          8,802.12          8,802.12

(Total Dollar Amount in Column 6)

Major activities affecting case closing: recovery of insider preference; investigation into potential inheritance

Initial Projected Date of Final Report (TFR):    October, 2009          Current Projected Date of Final Report (TFR):    10/14/09

**EXHIBIT "9"**

**FORM 2**

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:        09-12143
Case Name:       DANIEL PRATT
Taxpayer ID#:    27-6115071
For Period Ending:  12/31/09

Trustee's Name:  Allan J. DeMars
Bank Name:       Bank of America
Initial CD #:    CDI
Blanket bond (per case limit):  5,000,000
Separate bond (if applicable):
Money Market #:  375 555 5289

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/9/09 | Ref 10 | from Louis Pratt, debtor's father | check to debtor signed over to trustee in partial repayment of insider preference | 1241-000 | 4,000.00 | | 4,000.00 |
| 7/10/09 | Ref 10 | from debtor | final repayment of insider preference to his mother | 1241-000 | 4,800.00 | | 8,800.00 |
| 7/31/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 0.46 | | 8,800.46 |
| 8/31/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 0.75 | | 8,801.21 |
| 9/30/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 0.72 | | 8,801.93 |
| 10/9/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 0.19 | | 8,802.12 |
| 12/1/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,630.21 | 7,171.91 |
| 12/1/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 10.86 | 7,161.05 |
| 12/1/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,892.25 | 5,268.80 |
| 12/1/09 | Check 1004 | Discover Bank | 726(a)(2); 5.58452% | 7100-900 | | 754.28 | 4,514.52 |
| 12/1/09 | Check 1005 | RBS Citizens Bank | 726(a)(2); 9.14211% | 7100-000 | | 332.21 | 4,182.31 |
| 12/1/09 | Check 1006 | Stuart Allan and Assoc. | 726(a)(2); 9.14211% | 7100-000 | | 528.15 | 3,654.16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/1/09 | Check 1007 | PYOD LLC as assignee of Citibank | 726(a)(2); 9.14211% | 7100-900 | | 2,437.60 | 1,216.56 |
| 12/1/09 | Check 1008 | American Express Centurion Bank | 726(a)(2); 9.14211% | 7100-900 | | 120.70 | 1,095.86 |
| 12/1/09 | Check 1009 | American Express Centurion Bank | 726(a)(2); 9.14211% | 7100-900 | | 509.59 | 586.27 |
| 12/1/09 | Check 1010 | PRA Receivables Mgmt. as agent of Portfolio Recovery successor to HSBC | 726(a)(2); 9.14211% | 7100-900 | | 29.14 | 557.13 |
| 12/1/09 | Check 1011 | Premier BankCard/Charter | 726(a)(2); 9.14211% | 7100-900 | | 44.40 | 512.73 |
| 12/1/09 | Check 1012 | AES/PHEAA Natnl Loan | 726(a)(2); 9.14211% | 7100-000 | | 512.73 | 0.00 |

```
                              COLUMN TOTALS    8,802.12      8,802.12           0.00
                           L e s s :   B a n k   t r a n s f e r s / C D

            Subtotal
            Less: Payments to debtor(s)
            Net                              8,802.12      8,802.12           0.00

                                                        NET
TOTAL - ALL ACCOUNTS                  NET  DEPOSITS   DISBURSEMENTS    BALANCES
Checking#
Money Market #   375 555 5289              8,802.12      8,802.12           0.00
Net                                        8,802.12      8,802.12           0.00
                                     Excludes account  Excludes payments  Total Funds
                                         transfers       to debtor        on Hand
```